1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   ADEMUYIWA THOMPSON,                      1:11-cv-00165-JLT (HC)

12                   Petitioner,              ORDER TRANSFERRING CASE TO THE
          v.                                  DISTRICT OF ARIZONA
13
     ARMANDO MENESES, JR., et al.,
14
                     Respondents.
15   _____/

16

17        Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus

18   pursuant to 28 U.S.C. § 2241.

19        On January 31, 2011, Petitioner, who is currently incarcerated at Pinal County Detention

20   Center, filed a Petition for Writ of Habeas Corpus in the United States District Court for the Eastern

     District of California.  However, Pinal County Detention Center is located in Pinal County, Arizona,
21
     and within the jurisdiction of the United States District Court for the District of Arizona.
22
          Federal courts have authority to grant writs of habeas corpus "within their respective
23
     jurisdictions."  28 U.S.C. § 2241.  The court issuing the writ must have personal jurisdiction over the
24
     custodian.  See, Braden v. 30th Judicial Circuit Court, 410 U.S. 484, 495, 93 S.Ct. 1123, 35 L.Ed.2d
25
     443 (1973); Malone V. Calderon, 165 F.3d 1234 (9th Cir. 1999); Subias v. Meese, 835 F.2d 1288,
26
     1289 (9th Cir.1987).  Without such jurisdiction, the Court has no authority to direct the actions of the
27
     restraining authority.  See, Malone, 165 F.3d at 1237.   In the interests of justice, a federal court may
28
                                              1

transfer a case filed in the wrong district to the correct district. <u>See</u> 28 U.S.C. § 1406(a);  <u>Starnes v. McGuire</u>, 512 F.2d 918, 932 (D.C. Cir. 1974).

The Petitioner in the instant case is not incarcerated at a facility within this Court's jurisdiction.  Accordingly, in the interests of justice, the Court HEREBY ORDERS the instant action be transferred to the United States District Court for the District of Arizona.


IT IS SO ORDERED.

Dated:   **February 1, 2011**                               **/s/ Jennifer L. Thurston**
                                                             UNITED STATES MAGISTRATE JUDGE

2